# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

## Petition for Summons for Person Under Supervision

**Person Under Supervision**
Carlos Raul Alvarez

**Docket Number**
CR-19-00495-001 CRB

**Name of Sentencing Judge:** The Honorable Charles R. Breyer
Senior United States District Judge

**Date of Original Sentence:** February 10, 2021

**Original Offense**
Count 1: Felon in Possession of a Firearm, 18 U.S.C. §922(g)(1), a Class C felony

**Original Sentence:** Time served; three years supervised release.
**Special Conditions:** $100 special assessment; no association with criminal street gangs; search.

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Chris Kaltsas

**Date Supervision Commenced**
February 10, 2021
**Defense Counsel**
Daniel Paul Blank (AFPD)

## Petitioning the Court

The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on December 22, 2021, at 10:30 a.m.

I, Robert M. Abalos, Jr., a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

RE:   Alvarez, Carlos Raul                                                                                                         2
         CR-19-00495-001 CRB

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe Mr. Alvarez violated the mandatory condition which states, in part, he must not commit another federal, state, or local crime. |
| | On November 16, 2021, officers with the Windsor Police Department arrested Mr. Alvarez for state level charges to include Driving While Under the Influence of Alcohol or Drugs and Driving While Under the Influence 0.08. |
| | Evidence to support this charge consists of data gleaned upon review of Mr. Alvarez's California Department of Justice criminal history transcript, and the chronological entry in the probation file dated November 17, 2021. |

Based on the foregoing, there is probable cause to believe that Carlos Alvarez violated the conditions of his Supervised Release.

Respectfully submitted,                                              Reviewed by:

_____                    _____
Robert M. Abalos, Jr.                                                  Alton P. Dural
United States Probation Officer                                Supervisory U.S. Probation Officer
Date Signed: November 18, 2021

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒   The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on December 22, 2021, at 10:30 a.m.

☐   Other:


___November 19, 2021_____                _____
Date                                                                          The Honorable Charles R. Breyer
                                                                                  Senior United States District Judge

NDC-SUPV-FORM 12C(1)  4/6/2015

**RE:**   Alvarez, Carlos Raul                                                                                     3
            CR-19-00495-001 CRB

## APPENDIX

Grade of Violations:  C, USSG § 7B1.1(a)(3)

Criminal History at time of sentencing:  V

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e) | 7-13 months<br>USSG § 7B1.4(a), p.s. |
| **Supervised Release:** | 3 years to life<br>Less custody time imposed upon revocation.<br>18 U.S.C. § 3583(h) | 3 years to life<br>Less custody time imposed upon revocation.<br>USSG § 7B1.3(g)(2) |
| **Probation:** | Not Authorized | Not Authorized |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

777 Sonoma Avenue, Suite 323
Santa Rosa, CA 95404-4731
TEL: (707) 575-3416
FAX: (415) 581-7440

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
DEPUTY CHIEF U.S. PROBATION OFFICER II

**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

November 18, 2021

MEMORANDUM

The Honorable Charles R. Breyer
Senior United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102-3487

Re:     Carlos Alvarez
        Docket No.:  0971 3:19CR00495-001 CRB

Your Honor:

For the above referenced case, attached is a Petition for Summons.

The address of the individual is as follows:

    1356 Miramonte Place
    Rohnert Park, CA 94928

Respectfully Submitted,

*Sylvia Perez* (for)

Robert Abalos
Officer
Office:  (707) 575-3448
Fax:     (415) 581-7448

Enclosures

sp

NDC-PSR-095  06/01/2015